# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

ROBERT J. BARBER, JR.

           V.           CASE NUMBER: 5:04-CV-82(FJS/DEP)

XEROX CORPORATION


| | |
|---|---|
| **[ ]** | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[XX]** | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on May 26, 2006.


DATED:   May 26, 2006

                                                          Clerk of Court

LKB:lmp